■ In the Matter of PHILIP HANDELMAN, Petitioner, v. IRVING H. SAYPOL, as a Justice of the Supreme Court, County of New York, Respondent.— Application denied, cross motion to dismiss petition granted on the ground of insufficiency, without costs and without disbursements. (*Matter of Fitzgerald* v. *Wells*, 9 A D 2d 812, mot. for lv. to app. den. 7 N Y 2d 711.) Concur — Stevens, P. J., Tilzer, Markewich, Nunez and McNally, JJ.

■ RITA CORDERO, Respondent, v. LAZARO CORDERO, Appellant.— Order entered on July 3, 1969, unanimously affirmed, without costs and without disbursements. The record does not disclose the basis on which temporary alimony was fixed, but the case is on the Trial Calendar and inequities may be adjusted by the Trial Justice. Let the case proceed to trial at once. Concur — Stevens, P. J., Eager, Capozzoli, Markewich and Nunez, JJ.